U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 03 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 0 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 04-50096-09 |
| VERSUS | * | JUDGE HICKS |
| ISAIAH DEMEASE<br>    Defendant | * | MAGISTRATE JUDGE SHEMWELL |
| AND | | |
| HOOD INDUSTRIES, INC.<br>AND ITS SUCCESSORS OR ASSIGNS<br>    Garnishee | | |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, Hood Industries, Inc., and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on March 14, 2007, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a weekly basis.

On February 12, 2007, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Isaiah Demease, is employed by Garnishee and its successors or assigns and is due wages, the **lesser** of:

1. Twenty percent (20%) of defendant's disposable earnings; or

    2. All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage, and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: April 5, 2007        By: _____
                                United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Garnishee Order has been served upon Isaiah Demease, 401 Arlington Street, Coushatta, LA 71019 and upon Hood Industries, Inc., Attn: Debra Zimmerman, Post Office Box 391, Coushatta, LA 71019, by placing same in the United States Mail, postage prepaid, first class, on this the 3rd day of April, 2007.

*(signature)*
Sheila W. Still
Financial Litigation Unit